**Order entered August 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00800-CV

**SHIRLEY RUTH ALBERTS, Appellant**

**V.**

**LOU ANN RICHARDSON, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18153**

## ORDER

We **GRANT** the parties' August 10, 2016 joint motion to temporarily abate the appeal.

We **ABATE** this appeal for forty-five days. The appeal will be reinstated on September 26, 2016 or on the motion of either party, whichever occurs sooner.

/s/ ELIZABETH LANG-MIERS
   JUSTICE